# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| GEOVANNI XAVIER GINETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.: 22-0506-JB-MU |
| ) | |
| VENCINI SMITH, Warden, ) | |
| Donaldson Correctional Facility, ) | |
| ) | |
| Respondent. ) | |
| ) | |

## **JUDGMENT**

In accordance with the order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that this action be **DISMISSED WITH PREJUDICE**.

**DONE and ORDERED** this 12th day of March, 2026.

                                          /s/ JEFFREY U. BEAVERSTOCK
                                          CHIEF UNITED STATES DISTRICT JUDGE